# Exhibit “A”

# Certificate of Registration




This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-033-004**
**Effective Date of Registration:**
March 15, 2017

## Title

**Title of Work:** Group Registration of photos published JAN 13, 1995 through DEC 9, 1995; about 250 photos

**Content Title:** CatfishFillet016_ADL

FruitAsst034_ADL

FruitBasket004_ADL

Manicotti002_ADL

MushroomPortabella009_ADL

Pizza3FSHC1211

PotatoAsst001_ADL

QuicheLorraine3FSHC1201

SandwichTurkeySub001_ADL

Shrimp001_ADL

SweetPotatoBasket001_ADL

SweetPotatoRoastedBowl001_ADL

TomatoFried001_ADL

Yucca003_ADL

Blintzes001_ADL

BlockOfCheeseSliced001_ADL

BLT001_ADL

BLT002_ADL

BlueCheese001_ADL

BlueCheeseCrackers001_ADL

BlueCheeseCrumbled001_ADL

BlueCornChipsSalsa001_ADL

BlueCornChipsSalsa002_ADL

BolognaRollCrackers001_ADL

BolognaRollSlices001_ADL

BolognaSliced001_ADL

BolognaStack001_ADL

BowlOfChili001_ADL

BowlOfSoup001_ADL

BowTieCasserole001_ADL

BowTiePastaSalad001_ADL

BratCooked001_ADL

BratCookedBakedBeans001_ADL

BratsCooked001_ADL

Bratwurst001_ADL

Bratwursts001_ADL

BratwurstsOnions001_ADL

Braunschweiger001_ADL

BreadChickenSoup001_ADL

Breakfast2SunnysideUpEggsBaconWholeWheatToast001_ADL

BrickOvenPizza001_ADL

BrieCheese001_ADL

BrieSpinachSandwich001_ADL

BroccoliCalzone001_ADL

BroccoliCasserole001_ADL

BroccoliRaisinSalad001_ADL

BroccoliRaisinSalad002_ADL

BroccoliRaisinSalad003_ADL

BroccoliSalad001_ADL

BroccoliSalad002_ADL

BurgerVeggie001_ADL

BurgerVeggieRaw001_ADL



CaesarSalad001_ADL

CaesarSalad002_ADL

CaesarSalad003_ADL

CalzoneBroccoli001_ADL

CalzoneBroccoli002_ADL

CalzoneTomato001_ADL

CalzoneTomato002_ADL

CamembertCheese001_ADL

CamembertCheese002_ADL

CanadianBrie001_ADL

CapresePizza001_ADL

CashewChickenSalad001_ADL

CasseroleTuna001_ADL

CasseroleTunaNoodle002_ADL

Chanpuru001_ADL

CheeseballCrackers001_ADL

CheeseBallCrackers002_ADL

CheeseballCrackers003_ADL

CheeseBallCrackers004_ADL

CheeseBergenost_ADL

CheeseColbyJack_ADL

CheeseColbyJackSliced001_ADL

CheeseCrackers001_ADL

CheeseCrackers002_ADL

CheeseCrackers003_ADL

CheeseCrackers004_ADL

CheeseCubes001_ADL

CheeseCubes002_ADL

CheeseCubes003_ADL

CheeseCubesCrackers001_ADL

CheesePepperJack_ADL

CheesePepperJackSliced001_ADL

CheesePizza001_ADL

CheeseSausagePlatter001_ADL

CheeseSliced001_ADL

CheeseSlicedColby_ADL

CheeseSlicedWhiteAmerican_ADL

CheeseSlicedYellowAmerican_ADL

CheeseSouffle_ADL

CheeseSpreadCrackers001_ADL

CheeseWhiteAmericanSliced001_ADL

CheeseYellowAmericanSliced001_ADL

ChefSaladIceTea001_ADL

ChefSaladRanchDressing001_ADL

ChefSaladWine001_ADL

CherryVanillaIceCream001_ADL

ChickenBBQBaked_ADL

ChickenCaesarSalad002_ADL

ChickenCaesarWraps001_ADL

ChickenCaesarWraps002_ADL

ChickenCashewSalad001_ADL

ChickenCashewSalad002_ADL

ChickenEscaroleSoup001_ADL

ChickenNoodleSoup001_ADL

ChickenNoodleSoup003_ADL

ChickenPanini001_ADL

ChickenSalad001_ADL

ChickenSaladSandwich001_ADL

ChickenSaladSandwiches001_ADL

ChickenSandwich001_ADL

ChickenSandwichChips001_ADL



ChickenTendersSandwich001_ADL

ChickenWrap001_ADL

Chili004_ADL

ChiliCheese001_ADL

ChiliCheeseDogs001_ADL

ChiliCornbreadMuffins001_ADL

ChiliCrackers001_ADL

ChiliDog001_ADL

ChiliDogsCheeseFries001_ADL

ChiliGrilledCheese001_ADL

ChiliPotatoSkins001_ADL

ChiliTwistyBread001_ADL

ChineseFriedRice001_ADL

ChipsDip001_ADL

ChipsDip002_ADL

ChocolateIceCream001_ADL

ChorizoBeanDipChips001_ADL

ClamChowder001_ADL

ClamChowder002_ADL

ClubSandwichFries001_ADL

CobbSalad001_ADL

CocktailWienersSauce001_ADL

CocoaFrozenYogurt001_ADL

ColbyJackCheese001_ADL

ColdStackCubes001_ADL

Coleslaw001_ADL

ColeSlaw002_ADL

CombinationPizza001_ADL

CornBeefSandwich001_ADL

CornBeefSandwich002_ADL

CornBeefSandwichwithChips002_ADL

CornChipsDip001_ADL

CornChowder001_ADL

CornDogs001_ADL

CornDogs002_ADL

CornDogs003_ADL

CornedBeefSandwich001_ADL

CornedBeefSandwich002_ADL

CottoSalamiSandwich001_ADL

CottoSalamiSliced001_ADL

CouscousSalad001_ADL

CrabCheeseSpreadDip_ADL

CrabDipCrackers001_ADL

CrabDipCrackers002_ADL

CrabDipCrackersWithShrimp001_ADL

CrabmeatSalad001_ADL

CrabSalad002_ADL

CrabStuffedMushrooms001_ADL

CrabTomatoBisque001_ADL

CrabTomatoBisque002_ADL

CrackersCheese001_ADL

CrackersCheeseSpread001_ADL

CrackersHummus001_ADL

CranberrySauce_ADL

CranberrySauce001_ADL

CranberrySauce002_ADL

CranberrySauce003_ADL

CranberrySauce005_ADL

CrunchyPeaSalad001_ADL

CubanSandwichWrap001_ADL

CucumberSalad001_ADL



DagwoodSandwich001_ADL

DeepDishPizza001_ADL

DeepDishPizza002_ADL

DeepDishPizza003_ADL

DeepDishPizzaCooked001_ADL

DeepDishVeggiePizza001_ADL

DeliMeatSliced001_ADL

DeliPizza001_ADL

DeliPlatter001_ADL

DeliPlatter002_ADL

DeliSandwichAvocados001_ADL

DeliSandwichChips001_ADL

DeviledEggs_ADL

DeviledEggs001_ADL

DeviledEggs002_ADL

DeviledEggs003_ADL

DeviledEggs004_ADL

DeviledEggs007_ADL

DulceDeLecheIceCream001_ADL

FrozenCustard001_ADL

FrozenDinnerInTray001_ADL

FrozenGrapeIce001_ADL

FrozenIceCreamTreats001_ADL

FrozenStrawberryIce001_ADL

FrozenTreats001_ADL

FrozenTreats002_ADL

FrozenTreats003_ADL

FrozenTreats004_ADL

FrozenTreats005_ADL

FrozenYogurt001_ADL

GrapeFrozenTreats001_ADL

HotFudgeBananaSundae001_ADL

HotFudgeSundae001_ADL

IceCream4DiffKindsofScoops

IceCreamBar001_ADL

IceCreamChocolate001

IceCreamCone001_ADL

IceCreamCones001_ADL

IceCreamCookie001_ADL

IceCreamCookies001_ADL

IceCreamFruitTopping001_ADL

IceCreamPeach001

IceCreamPie

IceCreamRockyRoad2001

IceCreamSandwich

IceCreamSandwich001_ADL

IceCreamScoopVanilla001_ADL

IceCreamSoda

IceCreamSundae001_ADL

IceCreamSundae002_ADL

IceCreamVanillaClearDish001

LemonIceCreamSandwiches001_ADL

MiniFrozenTreats001_ADL

MintChocolateChipIceCream001_ADL

MintIceCream001_ADL

MochaIceCream001_ADL

PistachioIceCreamCone001_ADL

PopsiclesCherry

RainbowSherbet001_ADL

RaspberriesIceCream001_ADL

RockyRoadIceCream001_ADL



RockyRoadIceCream002_ADL

Sherbet002_ADL

Sorbet001_ADL

SpumoniIceCream001_ADL

StrawberryIceCream001_ADL

StrawberryIceCream002_ADL

StrawberryIceCream003_ADL

StrawberryIceCream004_ADL

StrawberrySundae001_ADL

SundaeHotFudge001

SundaeStrawberry001

CapicolaHotPepperSandwich001_ADL

CheeseSpinachTomCukeWrap001_ADL

ClubSandwich002_ADL

## Completion/Publication

**Year of Completion:** 1995
**Date of 1st Publication:** January 13, 1995
**Nation of 1st Publication:** United States

## Author

- **Author:** Adlife Marketing & Communications Co., Inc,.
  **Author Created:** photograph
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** ADLIFE Marketing & Communications Co., Inc.
38 Church Street, Pawtucket, RI, 02860, United States

## Rights and Permissions

**Name:** Douglas Fleurant
**Email:** doug.fleurant@adlife.com
**Telephone:** (401)723-4782

**Address:** 38 Church Street
Pawtucket, RI 02860

## Certification

**Name:** Douglas Fleurant
**Date:** March 15, 2017
**Applicant's Tracking Number:** 031417

**Correspondence:** Yes
**Copyright Office notes:** Regarding publication: published JAN 13, 1995 through DEC 9, 1995; about 250 photos

