IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

Case No. 3:23-cv-00433-TAV-JEM

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

BRYANT BEEF, LLC,

    Defendant.

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff"), by and through undersigned counsel, hereby files this response to the Court's April 18, 2024 Order to Show Cause (the "Order") [D.E. 12], and states as follows:

1. On December 7, 2023, Plaintiff filed its Complaint in this action.

2. On December 7, 2023, Defendant was served with a copy of the Summons and Complaint in this action. See D.E. 4.

3. On January 23, 2024 (following expiration of Defendant's response deadline), Plaintiff filed its Motion for Clerk's Default against Defendant. See D.E. 10.

4. On February 15, 2024, the Clerk entered a Clerk's Default against Defendant. See D.E. 11.

5. As the Court correctly notes in its Order, Plaintiff had not filed its Motion for Default Final Judgment. Plaintiff apologizes for not moving for default judgment earlier. Accordingly, upon receipt of the Order, Plaintiff shortly thereafter filed its Motion for Default

Final Judgment. See D.E. 13.

5. Therefore, Plaintiff respectfully requests that the Court discharge the Order to Show Cause and not dismiss this action for failure to prosecute.

Dated: May 2, 2024

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
Pleadings@copycatlegal.com
Joboyle@oboylelawfirm.com

By: /s/ Jonathan O'Boyle____
Jonathan O'Boyle, Esq.
*Of Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 2, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that on May 2, 2024, the foregoing document was served via US Mail to: Bryant Beef, LLC, 135 Cripple Creek Loop, Watauga, TN 37694 and via e-mail to: jason.bryant@bryantbeef.com.

COPYCAT LEGAL PLLC

By: /s/ Jonathan O'Boyle____
Jonathan O'Boyle, Esq.