IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| PREPARED FOOD PHOTOS, INC. f/k/a ADLIFE MARKETING & COMMUNICATIONS CO., INC. ) ) ) ) ) Plaintiff, ) ) vs. ) ) BRYANT BEEF, LLC ) ) Defendant. ) ) | No. 3:23-cv-00433-TAV-JEM |

## NOTICE OF APPEARANCE OF COUNSEL

Please note the appearance of Gabriel C. (Gabe) Stapleton, as counsel for the Defendant, **Bryant Beef, LLC**.

                                                /s/ Gabriel C. Stapleton
                                                Gabriel C. Stapleton, BPR #038102
                                                *Attorney for Plaintiffs*
                                                THE TERRY LAW FIRM
                                                116 East Main Street
                                                P.O. Box 724
                                                Morristown, TN 37815
                                                423-586-5800 /Fax 423-587-4714
                                                Email: gabe@terry-lawfirm.com

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Jonathan R. O'Boyle, Esq.
The O'Boyle Law Firm
1286 West Newport Center Drive
Deerfield Beach, FL 3342

/s/ Gabriel C. (Gabe) Stapleton

THE TERRY LAW FIRM
ATTORNEYS AT LAW
116 EAST MAIN STREET
POST OFFICE BOX 724
MORRISTOWN, TENNESSEE
37815-0724